UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| EDWARD P. REGAN, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 4:23-CV-047-PPS-APR |
| BANKUNITED N.A., *et al.*, | ) |
| Defendants. | ) |

# ORDER

The parties' Stipulation of Dismissal [DE 36] is **SO ORDERED**.

**ACCORDINGLY:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITHOUT PREJUDICE**, without costs to any party. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

ENTERED: August 31, 2023.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT